# EXHIBIT F

CONFIDENTIAL

## REPORT OF RANDALL TACKETT, PHD

My name is Randall Tackett. I am a pharmacologist and toxicologist and currently a Professor at the University of Georgia College of Pharmacy in the Department of Clinical and Administrative Pharmacy. I have been employed as a professor at the University of Georgia since 1981. My position entails teaching pharmacy students and graduate students. The courses that I teach include physiology, pathophysiology, disease management, advanced therapeutics, research methods, forensic pharmacy, ethics and abused drugs. Additionally, my responsibilities include providing continuing education to pharmacists, physicians, psychologists, nurses, attorneys, and judges concerning pharmacology and adverse drug reactions. I have served as a peer reviewer for the American Heart Association, the March of Dimes, the American Society of Pharmacology and Experimental Therapeutics, the National Kidney Foundation, and the CDC National Center for Injury Prevention and Control. I also serve as a peer reviewer for numerous scientific journals including Circulation, Hypertension, the Journal of Pharmacology and Experimental Therapeutics, Life Sciences, and several others. I have been recognized as an expert in pharmacology and toxicology in several states and by several courts.

In 1975, I received a BS in Biology from Jacksonville University, located in Jacksonville, FL. In 1977, I earned a MS in Pharmacology and Toxicology from Auburn University. In 1979, I earned a PhD in Pharmacology and Toxicology from the University of Georgia. I performed a postdoctoral fellowship in Pharmacology and Toxicology at the Medical University of South Carolina from 1979 to 1981. A copy of my curriculum vita is attached.

Pharmacology is the medical science that deals with the discovery, composition, identification, biological/pharmacological effects, and uses of drugs. Toxicology is the discipline that addresses the toxic effects of drugs and chemicals. I have over 30 years of experience and training in both of these disciplines.

In my capacity as a pharmacology and toxicology expert for Carey Grayson et. al., I have reviewed the following documents provided to me by the plaintiffs:

1. Alabama's 3-drug Lethal Injection Protocol
2. Alabama's one-drug (midazolam-only) Lethal Injection Protocol
3. Florida Department of Corrections Lethal Injection Procedures (dated Jan 9, 2015)
4. Oklahoma Department of Corrections Lethal Injection Procedure (dated June 30, 2015)
5. Testimony of Dr. David Lubarsky, offered during a preliminary injunction hearing in Warner et al v. Gross et al (5:14-cv-00665), Dec. 17-19, 2014
6. Testimony of Dr. Larry Sasich, offered during a preliminary injunction hearing in Warner et al v. Gross et al (5:14-cv-00665), Dec. 17-19, 2014
7. Testimony of Dr. Roswell Lee Evans, offered during a preliminary injunction hearing in Warner et al v. Gross et al (5:14-cv-00665), Dec. 17-19, 2014
8. Expert report of Dr. Craig W. Stephens, Ph.D, titled "Determination of the Intravenous Dose of Midazolam that Produces a 'Ceiling Effect' in the Human Brain," submitted as Doc. 236-4 in Glossip et al v. Gross et al., (5:14-cv-00665)

1

CONFIDENTIAL

9. Expert report of Dr. Roswell Lee Evans on the pharmacological effects of the drugs used in Oklahoma's execution protocol, dated Dec. 2, 2014
10. Akorn Product Insert for Midazolam
11. Versed Package Insert (1999)

I am being compensated at the rate of $200 per hour for my review and testimony in this case.

I.  <u>Midazolam's Characteristics, Properties, and Mechanism of Action</u>

Pharmacologically, midazolam is described as having anxiolytic, muscle relaxant, sedative, hypnotic, and amnesic properties (Patrick and Clark, J Emerg Med 15: 357-65, 1997). Midazolam is not an anesthetic or analgesic and has not been approved by the FDA to be used as an analgesic agent.

The mechanism of action involves the interaction with the benzodiazepine in the CNS. By binding to the benzodiazepine receptor, midazolam would enhance the inhibitory action of GABA, which is an inhibitory neurotransmitter. This action of midazolam occurs because midazolam potentiates the inhibitory effects of GABA by potentiating the augmentation of the flow of chloride through the ion channels. Subsequently, the increased influx of chloride decreases the cell's ability to initiate an action potential. (Nordt and Clark, J Emerg Med 15: 357-65, 1997)

Midazolam has several inherent properties, which support its use clinically such as the rapid onset and short duration of action. However, these properties become problematic when used in a setting for which midazolam has not been approved or tested by rigorous scientific studies, such as lethal injection. From a pharmacokinetic perspective, there are several properties which could affect a patient's response to a dose of midazolam. Its volume of distribution, which is indicative of how the drug distributes into the body and its tissues ranges from 1-3.1 L/kg (Versed 1999 Package Insert). However, the volume of distribution has been shown to be increased in some patients due to the presence of peripheral adipose tissue. (Patrick and Clark, J Emerg Med 15:357-65, 1997) This is important to note since the sedative effects occur due to the distribution into the brain and this could contribute to the variability of the response.

Midazolam is extensively bound to plasma proteins with the free fraction estimated to be approximately 4-5% of a given dose (Versed Package 1999 Insert) Thus, for a given dose the majority of the drug is in the blood and only a very small portion of the drug will enter the tissues (e.g. the CNS). This will alter the duration and potentially the onset of the pharmacological effect, adding to the predictability. In one study, the free fraction of the midazolam was altered and resulted in a change of the pharmacological effect from 1 to 4 hrs. (Nordt and Clark, J Emerg Med 15: 357-65, 1997) Interestingly, as reported by Nordt and Clark (1997), "Unlike other benzodiazepines, almost no midazolam is detected in the cerebrospinal fluid following a single dose." Morris et al (2009) as stated in the Manual of Emergency Airway Management 4th ed (2012) state that midazolam may take as long as 10 min to cross the blood brain barrier.

2

CONFIDENTIAL

II. <u>Variations of Response</u>

Variation of response to midazolam has been noted in the literature. Richards et al. (Oral Surg Oral Med Oral Pathol 76: 408-11, 1993) noted that in population of anxious dental patients, the dose requirements for intravenous midazolam was reported to vary by a factor of 10. Moore et al. (Oral Surg Oral Med Oral Pathol 84:5-10, 1997) reported that the dosage requirements for the initial titration of midazolam were significantly higher when fentanyl was not included in the sedation regimen and when the presedation heart rate and systolic blood pressure were elevated.

III. <u>Purpose of Midazolam in Medical Settings</u>

The goal of the use of midazolam during the execution protocol is deep sedation. It is acknowledged in the literature that infusion of midazolam is often the drug of choice (Cheng et al. J Pain Symptom Management 23: 256-65, 2002). Terminal sedation, which has been used in palliative medicine for management of end of life, has often employed midazolam as an infusion. (Cowan and Walsh, Support Care Cancer 9:403-407, 2001)

IV. <u>Midazolam as a Lethal Agent</u>

Although the therapeutic concentrations for midazolam have been reported in the literature, there is a paucity of information regarding lethal concentrations of midazolam. Schlappi (Br J Clin Pharmacol 16: 37S-41S, 1983) reported on the safety aspects of midazolam. Based on the LD 50 in mice and rats, Schlappi extrapolated the lethal dose for a 50 kg man using a single intravenous dose to be between 2.5 and 3.75 g. This far exceeds the estimation that a 500 mg IV dose would result in death. As noted by Schlappi, the margin of safety of midazolam is several fold greater than barbiturates (e.g. sodium pentobarbital).

If midazolam was to be used as the sole agent for lethal injection, a loading dose between 2.5 and 3.75 g could be used followed by a continuous IV infusion until death. This would be preferable to repeated boluses of midazolam until death, as the bolus method would result in spikes and dips in concentration while the continuous infusion method would provide a continuous increase in the drug until death. This would be similar to the protocol mentioned above that is used for terminal sedation but would involve much higher doses which would result in death. Death due to midazolam has been attributed to respiratory depression and cardiac arrest.

_____     _2-10-16_____
Randall Tackett, Ph.D                Date